1074

[No. 15395-9-III.    Division Three.    September 23, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM JOSEPH TRUJILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-1-00992-7, Michael W. Leavitt, J., entered November 30, 1995. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, A.C.J., and Thompson, J.

[No. 15765-2-III.    Division Three.    September 25, 1997.]

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, *Respondent*, v. MANUEL BRIONES, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 94-2-01376-8, Robert N. Hackett, J., entered April 29, 1996. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 39506-8-I.    Division One.    September 20, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES P. WALTERS, *Defendant*, ERIC L. LARSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-01056-8, Faith Enyeart Ireland, J., entered September 16, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 19357-4-II.    Division Two.    September 26, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE ROSAS FLORES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 94-1-01433-1, James D. Ladley, J., entered April 6, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Seinfeld, J.